ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JEFFREY SWATERS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION<br><br>Respondent. | No. 14-1277 |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 30(e), respondent respectfully requests leave to file a Supplemental Appendix. The grounds for this motion are set forth below.

The brief for respondent, filed today, cites three documents that are not included in the Joint Appendix. We believe the Court would appreciate having those documents at hand in reviewing the briefs in this matter.

The first document in the Supplemental Appendix we propose to file is the Petition for Review in this matter. The second is this Court's July 1, 2015 order referring to the merits panel respondent's argument (advanced in respondent's motion for summary affirmance) that the petition for review should be dismissed based on res judicata or collateral estoppel. The third document is a declaration that was recently submitted by the government in a Merit Systems Protection Board proceeding. For the reasons explained in respondent's brief, this document is judicially noticeable in the present action. Again, we believe that the Court may appreciate having ready access to each of these documents in a Supplemental Appendix as it reviews the briefs in this case.

Respectfully submitted,

Leonard Schaitman
 (202) 514-5425

 /s/ **Lowell V. Sturgill Jr.**

Lowell V. Sturgill Jr.
(202) 514-3427
   Attorneys, Appellate Staff
   Civil Division, Room 7241
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C.  20530

SEPTEMBER 2015

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case, listed below, are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Tony B. Jobe
Law Offices of Tony B. Jobe
500 Water Street
Madisonville, LA 70447
(985) 845-8088

                                                  **/s/ Lowell V. Sturgill Jr.**
                                                  Lowell V. Sturgill Jr.